No. 17,813.

JOHN E. THOMASON *v.* LENA R. LAMBERT.

(295 P. [2d] 686)

Decided April 2, 1956.

Messrs. MOYNIHAN, CREPEAU & SHOOK, for plaintiff in error.

Messrs. GROVES, DUFFORD & TURNER, Messrs. TIPPIT, HASKELL & WELBORN, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.